## (November 10, 1970)

BETTY GREEN, as Administratrix C. T. A. of the Estate of BENJAMIN GREEN, Deceased, Appellant, v. GREEN'S AUTO GEAR & PARTS CO., INC., Respondent.—

Concur — McGivern, J. P., Markewich, McNally and Macken, JJ.